JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TOTAL SWEETENERS, INC. D/B/A BATORY FOODS, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER QUEVEDO; an individual, KATHERINE QUEVEDO, an individual; and SOLRYZA LLC, a California limited liability company,<br><br>Defendants. | CASE NO. 8:20-cv-346-JLS-JDE<br><br>**Order of Dismissal**<br><br>Dept. Courtroom 10A<br>Judge: Hon. Josephine L. Staton |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, with each party bearing that party's own attorney's fees and costs. The United States District Court for the Central District of California shall retain jurisdiction to preside over any dispute arising under or related to that certain settlement agreement executed by all parties, and to enforce the provisions of that settlement agreement.

DATED: December 10, 2020

JOSEPHINE L. STATON
_____
Honorable Josephine L. Staton
United States District Judge